UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.

RAYMOND D. ARLOZYNSKI,

     Plaintiff,

v.

LAW OFFICE OF THOMAS LANDIS,

     Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq.* ("TCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.    Plaintiff, RAYMOND ARLOZYNSKI, is a natural person, and citizen of the State of Florida, residing in Pasco County, Florida.

4.      Defendant, LAW OFFICE OF THOMAS LANDIS is believed to be a fictitious name for Thomas Landis, who is natural person, a member of the Pennsylvania Bar and citizen of the State of State of Pennsylvania with his principal place of business at Suite 300, 1210 Northbrook Drive, Trevose, Pennsylvania 19053.

5.      Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6.      Defendant regularly collects or attempts to collect debts for other parties.

7.      Defendant is a "debt collector" as defined in the FDCPA.

## FACTUAL ALLEGATIONS

8.      Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

9.      Defendant left the following message on Plaintiff's cellular and residential telephones on or about the dates stated:

June 9, 2010 at 1:35 PM – Cellular Phone
Hey, um, Mr. Raymond, Raymond Arlozynski, uh, my name is Ray Gibson calling on behalf of attorney Thomas Landis office. Uh, I need to discuss this matter that is in my office that concerns you, so I do anticipate you will give me a call back. My telephone number is 1-800-853-4000. When you call back also, uh, Mr. Raymond refer to reference file number 2213763, uh, I do, uh, like I said anticipate that you will call me back. I'm in my office 'til about 8 PM. Eastern Standard Time. Return my call. Ray Gibson.

June 9, 2010 at 1:33 PM – Home Phone

2

Uh, this important message is for Mr. Raymond, Raymond Arlozynski, uh my name is Ray Gibson. I'm calling on behalf of attorney Thomas Landis Office. At this time, Mr. Raymond, I would like to and need to discuss this matter that is in my office that concerns you. You can reach me. My telephone number is 1-800-853-4000. When you call back to my office refer to your file number reference file number 2213763. Uh, once again, uh once you do get my message, I do anticipate hearing from you today. I'm in my office 'til about 8 PM Eastern Standard time. Return my call, Mr. Raymond. As for me, once again at extension 178, Ray Gibson.

June 21, 2010 at 3:20 PM – Home Phone – Pre-Recorded Message
Hello, this is a message for Raymond Arlozynski. If we have reached the wrong number, we will remove your information if you call us back at 800-853-4000. If you are not Raymond Arlozynski, please disconnect this call. If you are Raymond Arlozynski, please continue to listen to this message. There will now be a short pause in this message. By continuing to listen to this message, you acknowledge you are Raymond Arlozynski. Raymond Arlozynski, you should listen to this message in private as it contains personal and private information. There will now be short pause in this message to allow you to listen to this message in private. This is Casey Fox from the Law Office of Thomas Landis. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me at 800-853-4000. Thank you. Goodbye.

July 12, 2010 at 3:57 PM – Cellular Phone – Pre-Recorded Message
Hello, this is a message for Raymond Arlozynski. If we have reached the wrong number, we will remove your information if you call us back at 800-853-4000. If you are not Raymond Arlozynski, please disconnect this call. If you are Raymond Arlozynski, please continue to listen to this message. There will now be a short pause in this message. By continuing to listen to this message, you acknowledge you are Raymond Arlozynski. Raymond Arlozynski, you should listen to this message in private as it contains personal and private information. There will now be short pause in this message to allow you to listen to this message in private. This is Casey Fox from the Law Office of Thomas Landis. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me at 800-853-4000. Thank you. Goodbye.

<u>July 19, 2010 at 1:14 PM – Home Phone – Pre-Recorded Message</u>
Hello, this is a message for Raymond Arlozynski. If we have reached the
wrong number, we will remove your information if you call us back at 800-
853-4000. If you are not Raymond Arlozynski, please disconnect this call. If
you are Raymond Arlozynski, please continue to listen to this message.
There will now be a short pause in this message. By continuing to listen to
this message, you acknowledge you are Raymond Arlozynski. Raymond
Arlozynski, you should listen to this message in private as it contains
personal and private information. There will now be short pause in this
message to allow you to listen to this message in private. This is Casey Fox
from the Law Office of Thomas Landis. This communication is from a debt
collector. This is an attempt to collect a debt and any information obtained
will be used for that purpose. Please contact me at 800-853-4000. Thank
you. Goodbye.

<u>July 26, 2010 at 7:10 PM – Cellular Phone – Pre-Recorded Message</u>
Hello, this is a message for Raymond Arlozynski. If we have reached the
wrong number, we will remove your information if you call us back at 800-
853-4000. If you are not Raymond Arlozynski, please disconnect this call. If
you are Raymond Arlozynski, please continue to listen to this message.
There will now be a short pause in this message. By continuing to listen to
this message, you acknowledge you are Raymond Arlozynski. Raymond
Arlozynski, you should listen to this message in private as it contains
personal and private information. There will now be short pause in this
message to allow you to listen to this message in private. This is Casey Fox
from the Law Office of Thomas Landis. This communication is from a debt
collector. This is an attempt to collect a debt and any information obtained
will be used for that purpose. Please contact me at 800-853-4000. Thank
you. Goodbye.

<u>July 28, 2010 at 8:00 PM – Cellular Phone – Pre-Recorded Message</u>
Hello, this is a message for Raymond Arlozynski. If we have reached the
wrong number, we will remove your information if you call us back at 215-
526-2600. If you are not Raymond Arlozynski, please disconnect this call. If
you are Raymond Arlozynski, please continue to listen to this message.
There will now be a short pause in this message. By continuing to listen to
this message, you acknowledge you are Raymond Arlozynski. Raymond
Arlozynski, you should listen to this message in private as it contains
personal and private information. There will now be short pause in this
message to allow you to listen to this message in private. This is Casey Fox

from the Law Office of Thomas Landis. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me at 215-526-2600. Thank you. Goodbye.

July 29, 2010 at 12:32 PM – Home Phone – Pre-Recorded Message
Hello, this is a message for Raymond Arlozynski. If we have reached the wrong number, we will remove your information if you call us back at 215-526-2600. If you are not Raymond Arlozynski, please disconnect this call. If you are Raymond Arlozynski, please continue to listen to this message. There will now be a short pause in this message. By continuing to listen to this message, you acknowledge you are Raymond Arlozynski. Raymond Arlozynski, you should listen to this message in private as it contains personal and private information. There will now be short pause in this message to allow you to listen to this message in private. This is Casey Fox from the Law Office of Thomas Landis. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me at 215-526-2600. Thank you. Goodbye.

August 3, 2010 at 9:26 AM – Home Phone – Pre-Recorded Message
Hello, this is a message for Raymond Arlozynski. If we have reached the wrong number, we will remove your information if you call us back at 215-526-2600. If you are not Raymond Arlozynski, please disconnect this call. If you are Raymond Arlozynski, please continue to listen to this message. There will now be a short pause in this message. By continuing to listen to this message, you acknowledge you are Raymond Arlozynski. Raymond Arlozynski, you should listen to this message in private as it contains personal and private information. There will now be short pause in this message to allow you to listen to this message in private. This is Casey Fox from the Law Office of Thomas Landis. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me at 215-526-2600. Thank you. Goodbye.

September 30, 2010 at 7:21 PM – Home Phone – Pre-Recorded Message
Hello, this is a message for Raymond Arlozynski. If we have reached the wrong number, we will remove your information if you call us back at 215-526-2600. If you are not Raymond Arlozynski, please disconnect this call. If you are Raymond Arlozynski, please continue to listen to this message.

There will now be a short pause in this message. By continuing to listen to this message, you acknowledge you are Raymond Arlozynski. Raymond Arlozynski, you should listen to this message in private as it contains personal and private information. There will now be short pause in this message to allow you to listen to this message in private. This is Casey Fox from the Law Office of Thomas Landis. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me at 215-526-2600. Thank you. Goodbye.

10. Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

11. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div.*, Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

12. Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

13. Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

14. None of Defendant telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

15. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

16. Plaintiff incorporates Paragraphs 1 through 15.

6

17.   Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.   Damages;

b.   Attorney's fees, litigation expenses and costs of suit; and

c.   Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

18.   Plaintiff incorporates Paragraphs 1 through 15.

19.   Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc.*, Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); Wright v. Credit Bureau of Georgia, Inc., 548 F. Supp. 591, 593 (D. Ga. 1982); and Hosseinzadeh v. M.R.S. Assocs., 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

<h3 style="text-align:center">COUNT III<br>VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT</h3>

20.    Plaintiff incorporates Paragraphs 1 through 15.

21.    Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    a declaration that Defendant's calls violate the TCPA;

    c.    a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice; and

    d.    Such other or further relief as the Court deems proper.

<h3 style="text-align:center">JURY DEMAND</h3>

8

Plaintiff demands trial by jury.

> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235
> donyarbrough@mindspring.com
>
> By:_____
> Donald A. Yarbrough, Esq.
> Florida Bar No. 0158658