UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAYMOND D. ARLOZYNSKI,

    Plaintiff,

v.                                         CASE NO.: 8:11-cv-01241-JDW-AEP

LAW OFFICE OF THOMAS LANDIS,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Defendant's motion to dismiss Count III for lack of subject matter jurisdiction (Dkt. 20). Partial judgment was already entered in favor of Plaintiff on Counts I and II in the amount of $1,001.00 (Dkt. 16). Plaintiff was awarded $3,762.50 in attorney's fees (Dkt. 23) and is entitled to an award of costs. Plaintiff has demonstrated taxable costs in the amount of $415.00 (Dkt. 19). As for Defendant's present motion, Plaintiff does not oppose the dismissal of Count III for lack of subject matter jurisdiction, as long as the dismissal is without prejudice (Dkt. 24). Accordingly, it is ORDERED and ADJUDGED that

(1)     Count III is dismissed without prejudice for lack of subject matter jurisdiction.

(2)     The clerk is directed to enter an amended final judgment in favor of Plaintiff, Raymond D. Arlozynski, and against Defendant, Law Office of Thomas Landis, with respect to Plaintiff's claims under the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* (Counts I and II of the Complaint) in the amount of $1,001.00 together with interest thereon at the legal rate from November 18, 2011, plus $3,762.50 in attorney's fees and $415.00 in taxable costs, for all of which let execution issue.

(3)   The clerk is directed to CLOSE the file.

**DONE AND ORDERED** this ___4th___ day of January, 2012.

                                                  JAMES D. WHITTEMORE
                                                  United States District Judge

Copies to: Counsel of Record